**No. 10-8473. Jeffery Charles Nicoll, Jr., Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1542, 179 L. Ed. 2d 354, 2011 U.S. LEXIS 1174.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 400 Fed. Appx. 468.

**No. 10-8479. Gangsta' Ko-Loff Bishop Gospidon, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1542, 179 L. Ed. 2d 354, 2011 U.S. LEXIS 1166.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-8480. Michael Calvin Francis, Petitioner v. Joan Fabian, Commissioner, Minnesota Department of Corrections.**

562 U.S. 1246, 131 S. Ct. 1542, 179 L. Ed. 2d 354, 2011 U.S. LEXIS 1151.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 10-8481. Maudo Fofana, Petitioner v. Neil Clark.**

562 U.S. 1246, 131 S. Ct. 1543, 179 L. Ed. 2d 354, 2011 U.S. LEXIS 1304.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 390 Fed. Appx. 717.

**No. 10-8482. Humberto Lopez-Moreno, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1543, 179 L. Ed. 2d 354, 2011 U.S. LEXIS 1155.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8487. Gary Thomas, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1543, 179 L. Ed. 2d 354, 2011 U.S. LEXIS 1213.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 10-8488. Chinh Trong Nguyen, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1543, 179 L. Ed. 2d 354, 2011 U.S. LEXIS 1267.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 399 Fed. Appx. 402.

**No. 10-8493. Monstsho E. Vernon, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1543, 179 L. Ed. 2d 354, 2011 U.S. LEXIS 1236.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 901.

**No. 10-8498. Tyreise D. Swain, Petitioner v. United States.**

562 U.S. 1246, 131 S. Ct. 1543, 179 L. Ed. 2d 354, 2011 U.S. LEXIS 1233.

February 22, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 397 Fed. Appx. 893.